■    In the Matter of CARL WIRGES, INC., Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■    In the Matter of the Claim of DOROTHY DEBLAKER, Appellant, against CHANNEL MASTER CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ. [See 1 A D 2d 910.]

■    HAROLD J. VAN AMBURGH, Respondent, v. JOHN J. GLAVIN, Appellant. RUTH VAN AMBURGH, Respondent, v. JOHN J. GLAVIN, Appellant.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, with $10 costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ. [See 1 A D 2d 913.]

■    KENNETH VAN LOAN, Respondent, v. ANNA M. HORICK, Appellant.— Motion for an order modifying the decision of this court, handed down May 10, 1956. Motion denied, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ. [See ante, p. 636.]

■    In the Matter of EDWIN G. BOOZ et al., Individually and as Copartners Doing Business under the Name of BOOZ, ALLEN & HAMILTON, Petitioners, against GEORGE M. BRAGALINI et al., Constituting the State Tax Commission, Respondents.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ. [See ante, p. 639.]

■    ST. AGNES CEMETERY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 31967.) — Motion for permission to appeal to the Court of Appeals granted, without costs, and this court certifies that questions of law are involved which in its opinion ought to be reviewed by the Court of Appeals. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ. [See 1 A D 2d 517.]